L. D. GARRETT COMPANY, Appellant, *v.* DANIEL SIDNEY APPLETON, Respondent.

*Garrett Co.* v. *Appleton,* 101 App. Div. 507, affirmed.
(Argued February 15, 1906; decided March 6, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1905, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

*Edgar J. Nathan* and *Michael H. Cardozo* for appellant.

*Charles E. Lydecker* for respondent.

Order affirmed and judgment absolute ordered against the plaintiff on the stipulation, with costs in all the courts, on opinion below.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.

---

L. D. GARRETT COMPANY, Appellant, *v.* WILLIAM A. CLARK, Respondent.

*Garrett Co.* v. *Clark,* 102 App. Div. 611, affirmed.
(Argued February 15, 1906; decided March 6, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1905, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

*Edgar J. Nathan* and *Michael H. Cardozo* for appellant.

*Alfred B. Cruikshank* for respondent.

Order affirmed and judgment absolute ordered against the plaintiff on the stipulation, with costs in all the courts, on opinion below.
Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.